UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
McCants

                Plaintiffs

     -against-

City of New York et al

               Defendants.

- - - - - - - - - - - - - - - - -X
JOHNSON, D.J.

ORDER OF SUSTENANCE

11-CV-3511-SJ

It is ORDERED that the Marshal supply proper sustenance to the eight (8) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
           1/8/2015

                              _____
                              STERLING JOHNSON, JR., U.S.D.J.

Fascati's Pizza