COURT EXHIBIT
1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ELYSE McCANTS,

        Plaintiff,

11 CV 3511 (SJ) (LB)

v.

NYPD POLICE OFFICER JAMES
ZOZZARO, Shield #28340, and NYPD
POLICE OFFICER JERONNIE
GLANVILLE, Shield #7529

        Defendants.
----------------------------------------x

## VERDICT SHEET

I. **FOURTH AMENDMENT – Unlawful Entry Claim**

1. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer Jeronnie Glanville unlawfully entered her home?

    Yes _____    No __X__

2. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer James Zozzaro unlawfully entered her home?

    Yes __X__    No _____

**If you answered "No" to Question (1) and you answered "No" to Question (2), then skip to Question (6). You may only answer Questions (3) through (5) if you answered "Yes" to Question (1) or you answered "Yes" to Question (2).**

3. Has Plaintiff Elyse McCants proved by a preponderance of evidence that she actually suffered compensatory damages as a result of the unlawful entry?

    Yes __X__    No _____

CONTINUE TO NEXT PAGE

1

If you answered "Yes" to Question (3), state the amount the Plaintiff has proven you award to compensate her: $1000 and proceed to Question (5).

4. What amount of nominal damages, not exceeding one dollar, do you award to the Plaintiff Elyse McCants? ___0___. Proceed to Question (5).

5. Should punitive damages be awarded to plaintiff, Elyse McCants?

    Yes_____    No __X__

If you answered "Yes," state the amount of punitive damages you award: _____.

---

## II. FOURTH AMENDMENT – Unlawful Detention Claim

6. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer Jeronnie Glanville unlawfully seized Plaintiff McCants?

    Yes_____    No __X__

7. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer James Zozzaro unlawfully seized Plaintiff McCants?

    Yes_____    No __X__

**If you answered "No" to Question (6) and you answered "No" to Question (7), then skip to Question (11). You may only answer Questions (8) through (10) if you answered "Yes" to Question (6) or you answered "Yes" to Question (7).**

8. Has Plaintiff Elyse McCants proved by a preponderance of evidence that she actually suffered compensatory damages as a result of her unlawful detention?

    Yes_____    No _____

CONTINUE TO NEXT PAGE

2

If you answered "Yes" to Question (8), state the amount you award to compensate her: _____ and proceed to Question (10).

9. What amount of nominal damages, not exceeding one dollar, do you award to the plaintiff, Elyse McCants? _____. Proceed to Question (10).

10. Should punitive damages be awarded to Plaintiff Elyse McCants?

    Yes_____            No_____

    If you answered "Yes," to Question (10), state the amount of punitive damages you award:_____.

---

### III. NEW YORK STATE ASSAULT

11. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer Jeronnie Glanville assaulted her?

    Yes_____            No __X__

12. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant James Zozzaro assaulted her?

    Yes __X__              No_____

**If you answered "No" to Question (11) and you answered "No" to Question (12), then skip Question (13). You may only answer Question (13) if you answered "Yes" to Question (11) or you answered "Yes" to Question (12).**

13. Has Plantiff Elyse McCants proved by a preponderance of the evidence that she actually suffered compensatory damages as a result of an assault?

    Yes __X__              No_____

    If you answered "Yes" to Question (11) or "Yes" to Question (12), state the amount you award to compensate her: $10,000 .

CONTINUE TO NEXT PAGE

3

## IV. NEW YORK STATE BATTERY

14. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer Jeronnie Glanville committed a battery against her?

    Yes_____    No __X__

15. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that Defendant Officer James Zozzaro committed a battery against her?

    Yes_____    No __X__

**If you answered "No" to Question (14) and you answered "No" to Question (15), then skip Question (16). You may only answer Question (16) if you answered "Yes" to Question (14) or you answered "Yes" to Question (15).**

16. Has Plaintiff Elyse McCants proved by a preponderance of the evidence that she actually suffered compensatory damages as a result of a battery?

    Yes_____    No _____

If you answered "Yes" to Question (14) or "Yes" to Question (15), state the amount you award to compensate her:_____.

**SIGN AND DATE YOUR VERDICT**

_____[signature]_____
**Foreperson**

**Date:** January _9_, 2015

4