UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
ELYSE McCANTS,

        Plaintiff,

                                        11 CV 3511 (SJ) (LB)

                                        <u>ORDER</u>

        -against-

JAMES ZOZZARO,
and JERONNIE GLANVILLE,

        Defendants.
----------------------------------------------------X

A P P E A R A N C E S

BARKET MARION EPSTEIN & KEARON LLP
666 Old Country Road
Suite 700
Garden City, NY 11530
By:   Amy Beth Marion
*Attorneys for Plaintiff*

NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007 Brooklyn, NY 11201
By:   Matthew J. Modafferi
*Attorneys for Defendants*

JOHNSON, U.S.D.J.:

     A jury trial in the above referenced action having commenced before the undersigned on January 5, 2015;

     Defendants James Zozzaro and Jeronnie Glanville having moved pursuant to Federal Rule of Civil Procedure 50 for a Judgment as a Matter of Law on

1

January 6, 2015 and the Court having reserved decision on the legal issue of qualified immunity;

The jury having reached a verdict on January 9, 2015; and

The Court, having made the following findings on the record:

1. A reasonable officer would have believed that probable cause existed to enter and detain McCants;

2. Probable cause to enter and detain McCants did exist;

3. Defendants are entitled to qualified immunity based on either of the foregoing findings; it is

I.

ORDERED AND ADJUDGED that the jury verdict of January 9, 2015 is hereby VACATED; and

II.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Defendants' Motion for Judgment as a Matter of Law is GRANTED.

III.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff shall take nothing from these Defendants.

The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: January 23, 2015
Brooklyn, NY

Sterling Johnson, Jr., U.S.D.J.

P-049