UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ELYSE McCANTS,

              Plaintiff,

   -against-                                         Judgment
                                                               1:11-cv-03511-SJ-LB

JAMES ZOZZARO,
and JERONNIE GLANVILLE,

              Defendant.
-------------------------------------------------------x

      The above captioned case having regularly come on for a trial before the

Honorable Sterling Johnson, Jr. , United States District Judge and Jury.  The Court having granted

Defendants' Motion for Judgment as a Matter of Law and vacating the jury verdict of January 9, 2015,

      It is ORDERED and ADJUDGED that Judgment is entered in favor JAMES ZOZZARO,

and JERONNIE GLANVILLE and the jury verdict of January 9, 2015 is hereby vacated.


**January 29, 2015**                                        DOUGLAS C. PALMER
Date                                                       **Clerk**

                                                              *[signature]*
                                                               _____
                                                               (By) August Marziliano, Deputy Clerk

Case 1:11-cv-03511-SJ-LB   Document 88   Filed 01/29/15   Page 2 of 2 PageID #: 3013